**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| **EDWARD I. SOFOWORA,** | ) | 1:08-CV-1160- WMW HC |
| Petitioner, | ) ) | **ORDER RE** |
| vs. | ) ) ) | **CONSENT/DECLINE TO MAGISTRATE JUDGE JURISDICTION** |
| **DANNY YOUNGBLOOD, WARDEN,** | ) ) | |
| Respondent. | ) ) ) | |
| _____ | ) | |

     Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2254. On August 25, 2008, Petitioner filed his Consent/Decline to Magistrate Judge Jurisdiction form. Petitioner however, signed both the consent section of the form and the decline section of the form. Petitioner must choose to either consent to Magistrate Judge jurisdiction or decline Magistrate Judge jurisdiction. Accordingly, the Clerk of the Court is HEREBY DIRECTED to send Petitioner a blank consent form. Petitioner is directed to correctly complete the form by signing either the consent section or decline section and return it to the court within twenty (20) days of the date of service of this order. Petitioner's failure to do so will result in recommendations that this action be dismissed for failure to obey a court order. IT IS SO ORDERED.

**Dated:**   **August 28, 2008**              /s/  William M. Wunderlich
                                                                  UNITED STATES MAGISTRATE JUDGE