UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD I. SOFOWORA, | 1:08-cv-01160-LJO-DLB (HC) |
| Petitioner, | ORDER GRANTING FIRST MOTION FOR EXTENSION OF TIME TO FILE OBJECTIONS TO THE FINDINGS AND RECOMMENDATIONS |
| v. | |
| DANNY YOUNGBLOOD, | (DOCUMENT #14) |
| Respondent. | THIRTY-DAY DEADLINE |

Petitioner is a federal prisoner proceeding pro se in a habeas corpus action pursuant to 28 U.S.C. § 2241.  On December 9, 2008, petitioner filed a motion to extend time to file objections to the findings and recommendations.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Petitioner is granted thirty days from the date of service of this order in which to file objections to the findings and recommendations.

IT IS SO ORDERED.

Dated:   December 10, 2008                /s/  William M. Wunderlich
                                         UNITED STATES MAGISTRATE JUDGE