IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD I. SOFOWORA,<br><br>　　　　　Petitioner,<br><br>　　　vs.<br><br>DANNY YOUNGBLOOD,<br><br>　　　　　Respondent. | 1:08-CV-1160-LJO WMW HC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION WITHOUT PREJUDICE**<br><br>[Doc. 10] |

　　　　Petitioner is a state prisoner proceeding pro se on a petition for writ of habeas corpus pursuant to 28 U.S.C. Section 2241.The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

　　　　On October 14, 2008, the Magistrate Judge filed findings and recommendations herein.  These findings and recommendations were served on the parties and contained notice to the parties that any objections to the findings and recommendations were to be filed within thirty days. The petition was reserved on Petitioner on December 1, 2008, after a change in address, and Petitioner was given an extension of time to file objections.  Petitioner did not

1  file objections.

2        In accordance with the provisions of 28 U.S.C. § 636 (b)(1)C) this court has
3  conducted a de novo review of this case.   See Britt v. Simi Valley Unified School Dist., 708
4  F.2d 452, 454 (9th Cir. 1983).   Having carefully reviewed the entire file, the court finds the
5  findings and recommendations to be supported by the record and by proper analysis.

6        Based on the foregoing, it is HEREBY ORDERED that:

7  1.  The findings and recommendations issued by the Magistrate Judge on
8      October 14, 2008, are adopted in full;
9  2.  The petition for writ of habeas corpus is dismissed without prejudice to Petitioner's
10     right to file a proper petition pursuant to 28 U.S.C. Section 2255; and
11 3.  The Clerk of the Court is directed to enter judgment for Respondent and to close this
12     case.

13 IT IS SO ORDERED.

14 **Dated:   January 22, 2009**          /s/ Lawrence J. O'Neill
15                                            UNITED STATES DISTRICT JUDGE